UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW H SWYERS, et al.,<br><br>Defendants. | Case No. 17-cv-07318-BLF<br><br>**ORDER RE DOCUMENT TITLED THE TRADEMARK COMPANY, LLC'S MOTION TO TRANSFER TO THE EASTERN DISTRICT OF NORTH CAROLINA, OR ALTERNATIVLEY, TO COMPEL ARBITRATION, OR ALTERANTIVELY, TO DISMISS**<br><br>[Re: ECF 22] |

Defendant The Trademark Company, LLC filed a document titled Motion to Transfer to the Eastern District of North Carolina, or Alternatively, to Compel Arbitration, or Alternatively, to Dismiss. ECF 22. The document has been submitted by Matthew H. Swyers who is a "Member" of The Trademark Company, LLC. *Id.* While the complaint alleges that Matthew H. Swyers is a licensed attorney in Virginia and the District of Columbia (Compl. ¶ 23, ECF 1), it does not allege that he is qualified to appear before this Court. Therefore, there is no documentation to support that Matthew H. Swyers may appear on behalf of Defendant The Trademark Company, LLC. Accordingly, while the document at ECF 22 has been received, it will not be deemed filed. That document will not be considered by the Court until The Trademark Company, LLC submits proof that Matthew H. Swyers is qualified to appear before this Court on behalf of The Trademark

Company, LLC.[1]

**IT IS SO ORDERED.**

Dated: March 20, 2018

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] The Court also notes that to the extent that The Trademark Company, LLC intended to file a duly noticed motion, it has not reserved a hearing date in accordance with Section C.1 of the Court's Standing Order Regarding Civil Cases.

2