UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C., ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MATTHEW H SWYERS, et al.,<br><br>　　　　　Defendants. | Case No.  17-cv-07318-BLF<br><br>**ORDER TERMINATING AS MOOT MOTION TO TRANSFER, OR ALTERNATIVELY, TO COMPEL ARBITRATION, OR ALTERNATIVELY, TO DISMISS**<br><br>[Re: ECF 21] |

On March 14, 2018, Defendants TTC Business Solutions, LLC and Matthew H. Swyers filed a Motion to Transfer, or Alternatively, to Compel Arbitration, or Alternatively, to Dismiss ("Motion"). ECF 21. The hearing on the Motion is scheduled for July 26, 2018.

Plaintiffs LegalForce RAPC Worldwide, P.C. and LegalForce, Inc. filed a First Amended Complaint ("FAC") on April 4, 2018. ECF 30. The FAC constitutes the operative pleading in this case. Therefore, TTC Business Solutions, LLC and Matthew H. Swyers' Motion at ECF 21 is hereby TERMINATED AS MOOT without prejudice. Defendants may refile their motion as directed to the FAC. The parties' briefing filed in relation to Defendants' Motion at ECF 21 will not be considered by the Court.

The Court will retain the hearing date of July 26, 2018 if Defendants refile their motion **on or before April 20, 2018**. However, if Defendants refile their motion after April 20, 2018, the reservation for the July 26, 2018 date will be canceled and they shall reserve a hearing in accordance with Section C.1 of the Court's Standing Order Regarding Civil Cases.

**IT IS SO ORDERED.**

Dated: April 6, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge