IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW H. SWYERS, et al.,<br><br>Defendants. | Case No. 17-cv-07318-MMC<br><br>**ORDER DISMISSING ACTION, AS ALLEGED AGAINST MATTHEW H. SWYERS, WITH PREJUDICE; DISMISSING ACTION, AS ALLEGED AGAINST THE TRADEMARK COMPANY LLC AND THE TRADEMARK COMPANY PLLC, WITHOUT PREJUDICE; STRIKING IN PART NOTICE OF VOLUNTARY DISMISSAL** |

By order filed October 12, 2018, the Court granted in part and denied in part defendants TTC Business Solutions, LLC and Matthew H. Swyers' ("Swyers") motion to dismiss the Second Amended Complaint. In so doing, the Court dismissed, for failure to state a claim, all claims alleged against Swyers, afforded plaintiff leave to amend its claims against him, and set a deadline of October 31, 2018, for plaintiff to amend.

By said order, the Court also granted defendants The Trademark Company LLC ("Trademark LLC") and The Trademark Company PPLC's ("Trademark PLLC") motion to dismiss. In so doing, the Court dismissed, for lack of personal jurisdiction, all claims alleged against Trademark LLC and Trademark PLLC, afforded plaintiff leave to amend its claims against said defendants, and set a deadline of October 31, 2018, for plaintiff to amend.

Plaintiff did not amend within the time provided. Rather, on November 28, 2018, plaintiff filed a "Notice of Voluntary Dismissal" by which it "seeks to dismiss without prejudice" its claims against Sywers, Trademark LLC and Trademark PLLC. (See Notice,

filed November 28, 2018, at ¶ 1.)

Under Rule 41(b) of the Federal Rules of Civil Procedure, an order granting a defendant's motion to dismiss, with the exception of an order dismissing for lack of jurisdiction, improper venue, or failure to join a necessary party, "operates as an adjudication on the merits." See Fed. R. Civ. P. 41(b).

With respect to plaintiff's claims against Swyers, upon the expiration of the above-referenced deadline to amend, the Court's order of October 12, 2018, operated as a dismissal with prejudice. Accordingly, the above-titled action, as alleged against Swyers, is hereby DISMISSED with prejudice, and plaintiff's Notice of Voluntary Dismissal is hereby STRICKEN to the extent it is applicable to Swyers.

By contrast, with respect to plaintiff's claims against Trademark LLC and Trademark PLLC, upon the expiration of the above-referenced deadline to amend, the Court's order of October 12, 2018, operated as a dismissal without prejudice. Accordingly, the above-titled action, as alleged against Trademark LLC and Trademark PLLC, is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: December 10, 2018

MAXINE M. CHESNEY
United States District Judge